JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
MIGUEL MALAGON-ALEJANDREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:12-cr-00315 AWI-BAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE HEARING |
| v. ) | |
| ) | DATE: May 13, 2013 |
| MIGUEL MALAGON-ALEJANDREZ ) | TIME: 1:00 p.m. |
| ) | JUDGE: Hon. Barbara A. McAuliffe |
| ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the status conference hearing in the above-captioned matter now set for February 25, 2012, may be continued to **May 13, 2013 at 1:00 P.M. before Magistrate Judge Barbara A. McAuliffe.**

This continuance is at the request of counsel for defendant. Counsel needs additional time for case investigation and preparation prior to hearing. Additionally, defendant is also a named as a defendant in case number 1:10-cr-00310 AWI-BAM, which is scheduled for status hearing on the requested new hearing date. The requested continuance will conserve time and resources for both counsel and the court. Assistant United States Attorney Laurel Montoya has no objection to this request.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a

///

1

speedy trial, including, but not limited to, the need for the period of time set forth herein for effective defense preparation.

BENJAMIN B. WAGNER
United States Attorney

DATED: February 21, 2013    By: /s/ Laurel Montoya
LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: February 21, 2013    By: /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant
MIGUEL MALAGON-ALEJANDREZ

## O R D E R

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **February 21, 2013**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE