**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
MIGUEL MALAGON-ALEJANDRES

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MIGUEL MALAGON-ALEJANDRES,<br><br>　　　　Defendant | Case No.: Case No.12-CR-00315 AWI-BAM<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE; ORDER** |

Defendant, MIGUEL MALAGON-ALEJANDRES, hereby waives his appearance in person in open court upon the Status Conference hearing set for Monday, October 28, 2013 in Courtroom 8 of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be demed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 10/24/13　　　　　　　　　　　　　　　*/s/Miguel Malagon-Alejandres*
　　　　　　　　　　　　　　　　　　　　　　MIGUEL MALAGON-ALEJANDRES

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant MIGUEL MALAGON-ALEJANDRES is hereby excused from appearing at this court hearing scheduled for Monday, October 28, 2013.

IT IS SO ORDERED.

Dated:  **October 24, 2013**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE